UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02627-SPG-MAR | Date | August 8, 2025 |
| Title | Thomas Welter et al. v. Michael Hurt, et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

    Plaintiffs obtained entry of default pursuant to Federal Rule of Civil Procedure 55(a) as to Defendant Michael Hurt on July 1, 2025, and as to Defendants Caravan Holdings Corporation and Caravan Holdings, LLC, on February 28, 2025. (ECF Nos. 116, 156). However, as of the date of this order, Plaintiffs have not sought default judgment, pursuant to Federal Rule of Civil Procedure 55(b).

    Plaintiffs are therefore ORDERED to show cause, in writing, **on or before September 10, 2025**, why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiffs can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter. Failure to respond will be deemed consent to the dismissal of the action.

    **IT IS SO ORDERED.**

                                                                                                                        :

Initials of Preparer      pg