UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WELTER, an individual; and ROB STUART, an individual<br><br>Plaintiffs<br>v.<br><br>MICHAEL HURT, an individual; CARAVAN HOLDINGS CORPORATION D/B/A OASIS CANNABIS COMPANY, a Nevada corporation; CARAVAN HOLDINGS LLC, a Wyoming limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02627-SPG-MAR<br><br>**JUDGMENT [JS-6]** |

Pursuant to the Court's October 28, 2025, Order Granting Plaintiffs' Motion for Default Judgment, (ECF No. 163), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is entered in favor of Plaintiffs Thomas Welter and Rob Stuart, and against Defendants Michael Hurt, Caravan Holdings Corporation d/b/a Oasis Cannabis Company, and Caravan Holdings LLC, jointly and severally, on the Plaintiffs' claims for Fraud, Securities Fraud, Conversion, and Receipt of Stolen Property, in the total amount

of $4,266,629.31.

This Judgment shall bear post-judgment interest at the rate set forth in 28 U.S.C. § 1961, from the date of entry until paid.

**IT IS SO ORDERED.**

Dated: November 10, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE